**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

QUINCY J. PERRY                                                                    PLAINTIFF
#3023

v.                                              3:22-cv-00291-DPM-JJV

DOE; *et al.*                                                                   DEFENDANTS

<u>**ORDER**</u>

Quincy J. Perry ("Plaintiff") is in custody at the Poinsett County Detention Center.   He has filed an Amended Complaint alleging Defendants P. Marshall and Regina Hindman subjected him to inhumane conditions of confinement, in violation of the Fourteenth Amendment, when they used dirty food trays, denied recreation time, locked detainees in their cells twenty-three hours a day, allowed black mold to grow on the walls and in the air vents, failed to provide adequate cleaning supplies, put padlocks on the cell doors, allowed exposed wires to hang in his cell, failed to provide hot water, and did not fix a broken sprinkler system.   (Doc. 6.)   I conclude, for screening purposes only, he has pled a plausible Fourteenth Amendment claim against these two Defendants.[1]

IT IS, THEREFORE, ORDERED THAT the Clerk of Court shall prepare summonses for Defendants Marshall and Hindman at the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, AR 72432.   The United States Marshal shall serve the summons, Amended Complaint (Doc. 6), and this Order on them without prepayment of fees and costs or security therefor.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).   The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief.   28 U.S.C. § 1915A(b).

1

DATED this 14th day of December 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE