IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINCY J. PERRY                                                                          PLAINTIFF

v.                                       No. 3:22-cv-291-DPM-JJV

DOE; P. MARSHALL, Jail Captain,
Poinsett County Jail or Sheriff's
Department; REGINA HINDMAN,
Day Shift Lt. or Sgt., Poinsett County
Jail or Sheriff's Department; MATT
HALL, Night Shift Lt. or Sgt., Poinsett
County Jail or Sheriff's Department;
and SUSAN DUFFEL, Nurse, Poinsett
County Sheriff's Department                                                       DEFENDANTS

## AMENDED ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 8*. Fed. R. Civ. P. 72(b) (1983 addition to the advisory committee notes). Perry's conditions of confinement claims against Defendants Marshall and Hindman go forward. But his unrelated claims for inadequate medical care, privacy violations, and failure to protect will be dismissed without prejudice. Fed. R. Civ. P. 20(a). Defendants Doe, Duffel, and Hall will also be dismissed without prejudice because Perry's amended complaint fails to plead any facts showing their involvement in the conditions of confinement claims.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 January 2023