IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINCY J. PERRY                                                           PLAINTIFF
#3023

v.                              No. 3:22-cv-291-DPM

PATRICIA MARSHALL, Jail Captain,
Poinsett County Jail or Sheriff's
Department; and REGINA HINDMAN,
Day Shift Lt. or Sgt., Poinsett County
Jail or Sheriff's Department                                              DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 30*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgement, *Doc. 23*, granted as modified. Perry's claims against Marshall and Hindman will be dismissed without prejudice. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2023