IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUINCY J. PERRY #3023                          PLAINTIFF

v.              No. 3:22-cv-291-DPM

DOE; PATRICIA MARSHALL, Jail Captain, Poinsett County Jail or Sheriff's Department; REGINA HINDMAN, Day Shift Lt. or Sgt., Poinsett County Jail or Sheriff's Department; MATT HALL, Night Shift Lt. or Sgt., Poinsett County Jail or Sheriff's Department; and SUSAN DUFFEL, Nurse, Poinsett County Sheriff's Department                  DEFENDANTS

## JUDGMENT

Perry's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2023